[No. 40289-1-II. Division Two. August 23, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. JULIO CESAR ALDANA GRACIANO, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 09-1-01836-9, Kitty-Ann van Doorninck, J., entered January 22, 2010. *Affirmed in part* and *remanded* by unpublished opinion per Johanson, J., concurred in by Penoyar, C.J., and Van Deren, J.

[No. 40295-5-II. Division Two. August 23, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES EARL WRIGHT, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 09-1-00296-5, M. Karlynn Haberly, J., entered December 4, 2009. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Worswick, A.C.J.; Armstrong, J., concurring in the result only.

[No. 40428-1-II. Division Two. August 23, 2011.]

*In the Matter of the Marriage of* MICHAEL A. WELLS, *Respondent*, and MICHELLE R. WELLS, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 98-3-00051-3, Richard L. Brosey, J., entered March 11, 2010. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Worswick, A.C.J.; Hunt, J., dissenting.

[No. 40488-5-II. Division Two. August 23, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. DWAYNE CLARK, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 09-1-03473-9, John A. McCarthy, J., entered March 19, 2010. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Van Deren and Johanson, JJ.